1036

No. 86–851. BRIGGS v. HAGEN, ADMINISTRATRIX OF THE ESTATE OF HAGEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–853. GRIFFIN, EXECUTRIX OF THE ESTATE OF COBB v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–868. STAHL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–901. COCHRAN v. RIVERS ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–911. KRALL v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF SOUTH DAKOTA. C. A. 8th Cir. Certiorari denied.

No. 86–928. NEAL v. WHITE, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 86–936. VAMOS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86–944. SULLIVAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–5047. LAWSON v. CREDITHRIFT OF AMERICA ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–5100. WOOD v. MCMACKIN, SUPERINTENDENT, HOCKING CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied.

No. 86–5147. MORTON v. FOLTZ, ADMINISTRATOR, MICHIGAN DEPARTMENT OF CORRECTIONS. C. A. 6th Cir. Certiorari denied.

No. 86–5193. SPENCER v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 86–5230. PATTERSON v. BLACK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 86–5377. WOODS v. ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.